UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SHELL OIL COMPANY                                           CIVIL ACTION

VERSUS                                                      CASE NO. 22-2012

RIVER PARISH MAINTENANCE, INC., ET AL.                      SECTION: "G"(4)

## ORDER

The Court having been advised that the parties have firmly agreed upon a compromise,[1]

**IT IS HEREBY ORDERED** that this action be and is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty days, to reopen the action if settlement is not consummated. The Court retains jurisdiction to enforce the compromise agreed upon by the parties.

**IT IS FURTHER ORDERED** that the parties be directed to file an appropriate order of dismissal as soon as the settlement documents are executed. If no motion to reopen is filed, the case is officially closed, and the Clerk of Court shall be relieved of responsibility of sending out further notices in this matter.

Counsel are reminded that, if witnesses have been subpoenaed, <u>every witness</u> must be notified by counsel not to appear.

**NEW ORLEANS, LOUISIANA**, this 27th day of February, 2024.

_____
**NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT**

---

[1] See attached correspondence.

# DEGAN, BLANCHARD & NASH

A PROFESSIONAL LAW CORPORATION
400 POYDRAS STREET, SUITE 400
NEW ORLEANS, LOUISIANA 70130

KEITH A. KORNMAN
ADMITTED IN LOUISIANA AND TEXAS

TELEPHONE (504)529-3333
FACSIMILE (504) 529-3337
WRITER'S DIRECT E-MAIL
KKORNMAN@DEGAN.COM

February 26, 2024

<u>*Via E-Mail*</u>
Judge Nannette Jolivette Brown
United States District Court
Eastern District of Louisiana

Re: *Shell Oil Company versus River Parish Maintenance, Inc., et al.*
USDC, EDLA No. 22-2012, Section "G"
Our File No.: 14-13553

Dear Judge Brown:

Pursuant to your guidelines for civil cases, please let this letter inform the Court that the parties have reached a settlement in the above referenced matter. It is our understanding that the Court will issue a 60-day Order of Dismissal.

Please do not hesitate to contact us should the Court need anything further.

Cordially,

DEGAN, BLANCHARD & NASH

Keith A. Kornman

KAK/mp
cc: Peter Moir
    Sam Rosamond
    Glen Mercer
    Joel Chaisson, II
    Magistrate Judge Karen Wells Roby

{01781911.DOC;1}